UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 15-9405-DMG (FFMx)** | Date | May 25, 2016 |
|---|---|---|---|

| Title | *Galileo Surgery Center, L.P. v. CIGNA Health and Life Insurance Company* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the parties' stipulation to dismiss, filed May 25, 2016, the Court hereby DISMISSES this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Each party shall bear their own costs and attorney's fees incurred in this action, and both parties waive any claims for reimbursement for costs or attorney's fees.

Further, Plaintiff's Motion to Remand [Doc. # 20] and Defendant's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment [Doc. # 21] are DENIED as moot.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.